UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANTHONY C. HALBERT,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN DIEGO, *et al.*,<br><br>            Defendants. | Civil No. 07cv1607-L(LSP)<br><br>**ORDER GRANTING JOINT MOTION TO ALLOW FILING OF FIRST AMENDED COMPLAINT** |

    For good cause having been shown the Joint Motion to Allow Filing of First Amended Complaint, filed December 4, 2007, is **GRANTED**.  Plaintiff is hereby granted leave to file a first amended complaint to replace the fictitious name of Doe 1 with the real name of Defendant Joe F. Spina and to replace the incorrectly spelled name of Defendant Geno Davis with the correct name of Lester Eugene Davis.  Plaintiff shall file his first amended complaint no later than **December 10, 2007**.  Defendants shall respond to the first amended complaint as provided in Rule 15(a)(3) of the Federal Rules of Civil Procedure.

    **IT IS SO ORDERED**.

DATED: December 5, 2007

                                  M. James Lorenz<br>                                  United States District Court Judge

1  COPY TO:

2  HON. LEO S. PAPAS
   UNITED STATES MAGISTRATE JUDGE
3
   ALL PARTIES/COUNSEL
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28