MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HALBERT                          v.  COUNTY OF SAN DIEGO          No. 07-1607-L(WVG)

HON. WILLIAM V. GALLO      CT. DEPUTY J. YAHL           RPTR.

Attorneys

| Plaintiffs | Defendants |
|---|---|
|  |  |
|  |  |
|  |  |

Case settled. Plaintiff's/Defendants' counsel to submit papers within 45 days.

A Settlement Disposition Conference will be held in this case on August 31, 2011 at 8:30 AM, in the chambers of Magistrate Judge Gallo unless a signed stipulation for dismissal of this case is filed and a copy of the signed stipulation is provided to the chambers of Magistrate Judge Gallo, prior to that time. If a copy of a signed stipulation of dismissal cannot be provided to the chambers of Magistrate Judge Gallo on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Gallo at least one court day before the date indicated above, to explain the reasons therefor. Monetary sanctions shall be imposed for failure to comply with this order.

DATED: July 14, 2011

Hon. William V. Gallo
U.S. Magistrate Judge